IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOES 67-87,

    Plaintiffs,

v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:19-cv-4397

### ORDER

IT IS ORDERED BY THE COURT that the Plaintiffs' Motion for Leave to File Certain Documents Under Seal is GRANTED and that the Unopposed Motion and Proposed Order be filed UNDER SEAL.

**IT IS SO ORDERED.**

Date: 2/16/2020

    MICHAEL H. WATSON
    UNITED STATES DISTRICT JUDGE

    *[signature]*
    ELIZABETH A. PRESTON DEAVERS
    CHIEF UNITED STATES MAGISTRATE JUDGE